IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| JORDAN GUSTAFSON, | § | |
| | § | No. 329, 2014 |
| Defendant Below, | § | |
| Appellant, | § | |
| | § | |
| v. | § | Court Below—Superior Court |
| | § | of the State of Delaware, |
| STATE OF DELAWARE, | § | in and for Sussex County |
| | § | Cr. ID Nos. 1203001109, |
| Plaintiff Below, | § | 1206004620, and 1210016900 |
| Appellee. | § | |

Submitted: September 8, 2014
Decided: September 9, 2014

## **O R D E R**

This 9th day of September 2014, it appears to the Court that, on August 25, 2014, the Chief Deputy Clerk issued a notice to appellant to show cause why this appeal should not be dismissed for his failure to diligently prosecute the appeal by not filing his opening brief and appendix in this matter and by not paying the required filing fee. The appellant has failed to respond to the notice to show cause within the required ten-day period; therefore, dismissal of this action is deemed to be unopposed.

NOW, THEREFORE, IT IS HEREBY ORDERED, pursuant to Supreme Court Rules 3(b) and 29(b), that the within appeal is DISMISSED.

BY THE COURT:

/s/ Henry duPont Ridgely
Justice